IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW RITTER, individually and On behalf of all others similarly-situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 20-1343 |
| v. | : : | |
| GREASE STOP, LLC and GREG FISHER, | : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of November, 2020, it having been reported that the parties reached a settlement in the above-captioned action, and the court having approved the settlement on the record today, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

The Court shall retain jurisdiction for a period of ninety (90) days while the parties finalize the written settlement agreement and complete the settlement.

BY THE COURT:

By: */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov